# United States Bankruptcy Court
## Southern District of Ohio

| | | | |
|---|---|---|---|
| In re | **Tonya Renet Kelly** | Case No. | **2:15-bk-50190** |
| | Debtor(s) | Chapter | **13** |

## Notice of Change of Address

**My (Our) Former Mailing Address and Telephone Number was:**

Name:     **Tonya Renet Kelly**

Street:    **5530 Dunfield Lane**
           **Apt. 3**

City, State and Zip:    **Columbus, OH 43232**

Telephone #:

**Please be advised that effective  December 1 , 20 15 ,
my (our) new mailing address and telephone number is:**

Name:     **Tonya Renet Kelly**

Street:    **279 Haystack Avenue**

City, State and Zip:    **Pataskala, OH 43062**

Telephone #:

　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Tonya Renet Kelly
　　　　　　　　　　　　　　　　　　　　　　　　　　　**Tonya Renet Kelly**
　　　　　　　　　　　　　　　　　　　　　　　　　　　Debtor